

**City of Memphis**

Division of Public Works
Neighborhood Improvement
Environmental Enforcement
281 E. Parkway North
Memphis, TN 38122
(901) 636-4770

SR No. 5958758

Nº MEE 5331

City of Memphis, County of Shelby, State of Tennessee
In the General Sessions Court of Memphis, Tennessee

The undersigned, being duly sworn, upon his oath deposes and says:
On the __9th__ day of __February__, 20__23__ at __3:50__ __P__.M.
Name __Tennessee Valley Authority__ (First Last)
Address __400 W Summit Hill Dr Knoxville TN 37902__ (full address)
Phone _____ Date of Birth _____ Sex ___ Race ___ ☐ Tenant ☑ Owner
Did unlawfully, on premises within the City of Memphis, specifically, ☐ Accused
__0 Windsor Rd Memphis, TN__ (full address)
did then and there commit the following offense/s, as marked, in violation of City Ordinance/s,

| | City Ordinance | Description of Violation |
|---|---|---|
| ✓ | Ordinance No. 5708, Section 302.1 | Failing to maintain exterior property and premises in a clean, safe, and sanitary condition. |
| ✓ | Ordinance No. 5708, Section 308.1 | Accumulating rubbish or garbage on or around the exterior of the property or premises. |
| ✓ | Ordinance No. 5708, 308.2 | Failing to dispose of garbage and rubbish in or around property in a clean and sanitary manner. |
| | Chapter 15-21 | Disposing or causing to be disposed any solid waste or solid waste materials upon any property other than a permitted disposal site as designated by the city. |
| | Chapter 15-22 | Placing any solid waste, straw, dirt, chips, shells, nails, iron, glass, fruit peelings, melon rinds, paper, shavings, rags, gravel, brick, building debris or other refuse or other obnoxious substance on any street, sidewalk, alley, public park, parkway, square or other place in the city or on the property of another person. |
| | Chapter 15-48 | Failing to display a current and valid Tire Business Permit. |
| | Chapter 15-49 | Failing to provide Tire Hauler Permit. |
| | Chapter 15-52 | Failing to properly store tires. |
| | Chapter 15-53 | Failing to properly dispose of tires. |
| | Chapter 15-54 | Failing to provide a Transmittal Manifest and/or Record of Tire Disposal. |
| | Chapter 16-492 | Throwing, dumping, depositing, or causing to be thrown, dumped or deposited litter or maintain a nuisance on property, improved or vacant or on any public parkway, pathway, street, or road, upon public parks, or recreation areas, or upon any other public property, except property designated for that use. |
| | Other: | |

Inspector/Officer __A. Powell__
You are to appear in Division __14__ of the General Sessions Court, Memphis, Shelby County, Tennessee, located at __201 Poplar Ave 10th Floor__ on the __13th__ day of __March__, 20__23__, at __9__ __A__.M., to respond to this complaint.

I hereby affix my signature with the understanding that such is not a plea of guilty, but to certify that I received the defendant's copy of this complaint.

__Certified Mail__
Signature



# City of Memphis
TENNESSEE

Jim Strickland, Mayor
Division of Public Works
Robert Knecht – Director
Environmental Enforcement

"Teamwork with Commitment to Excellence, Compassion, and Immediate Community Protection"

Date: February 13, 2023

To: Tennessee Valley Authority
400 W. Summit Hill Dr
Knoxville, TN 37902

Subject: General Sessions Court Citation

Enclosed you will find Citation Number **Nomee 5331** for you to appear in Division 14, on the 10th floor,

General Sessions Environmental Court, Shelby County, Tennessee, on **March 13, 2023,** at 9:00 a.m.

You are charged with violating the City of Memphis Code of Ordinances, regarding the premises known as **0 Windsor rd,** Memphis Shelby County Tennessee.

Failure to appear on the date and time shown on the citation may result in the issuance of a bench warrant for your arrest.

If you have any questions, please call **Officer A. Powell** at (901) 636-4770, Monday through Friday, between 8:00 a.m. and 4:30 p.m.

Sincerely,

Officer A. Powell
Environmental Enforcement Officer