UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CITY OF MEMPHIS, TENNESSEE,   )<br>                                                            )<br>                    Plaintiff,            )<br>         v.                                         )         No. _____<br>                                                            )<br>TENNESSEE VALLEY AUTHORITY,  )<br>                                                            )<br>                    Defendant           )<br>                                                            ) | |

## **CERTIFICATE OF FILING AND SERVICE**

Pursuant to 28 U.S.C. § 1446(d), I hereby certify that on March 10, 2023, Tennessee Valley Authority's Notice of Removal of this action and this Certificate of Filing and Service were filed electronically through the Court's ECF system and were submitted for filing to the Shelby County General Sessions Court Clerk by sending copies thereof by hand-delivery to:

    Joe W. Brown
    Court Clerk
    Shelby County General Sessions Court
    Civil Division
    140 Adams Avenue
    Room 106
    Memphis, Tennessee 38103

and were served upon Plaintiff by sending copies thereof by hand-delivery to:

    Jennifer A. Sink
    Chief Legal Officer
    125 N. Main St., Room 336
    Memphis, Tennessee 38103

Respectfully submitted,

*s/David D. Ayliffe*
David D. Ayliffe (BPR 024297)
Director, Litigation
F. Regina Koho (BPR 029261)
TVA GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.8964
ddayliffe@tva.gov

Attorneys for Tennessee Valley Authority

117139409